**SO ORDERED.**

**SIGNED this 17 day of May, 2018.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| McCORMICK, INC., | ) | Case No. 18-40320-JTL |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DIRECT CAPITAL, a Division of CIT BANK, N.A., | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| McCORMICK, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

This matter is before the Court on the *Motion for Relief from the Automatic Stay or, in the Alternative, to Condition the Use, Sale, or Lease of Collateral on Providing Adequate Protection* [Doc. Nos. 42 and 43] (the "Motion") filed by Direct Capital, a Division of CIT Bank, N.A.

("Direct Capital") on April 27, 2018. Based on the consent of Direct Capital and the debtor, McCormick, Inc. ("McCormick" or "Debtor"), as evidenced by the signatures of their respective counsel below, and the lack of opposition by the Office of the United States Trustee, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The automatic stay of 11 U.S.C. § 362(a) is terminated as to Direct Capital, as well as its successors and assigns, with respect to the following vehicles financed by McCormick:

    - 2002 Ford F550 (VIN 1FDAW56F72EA52531);
    - 1999 Ford F250 XL (VIN 1FTWW32F6XEC98207);
    - 2005 Ford F750 XL (VIN 3FRXF75S25V168935); and
    - 2007 Mack dump truck (VIN 1M1AJ06Y77N011556)

(as described more fully in the exhibits to the Motion) (collectively, the "Vehicles").

2. Direct Capital, as well as its successors and assigns, may assert and exercise any and all of its rights under the First Financing Agreement[1] and Second Financing Agreement with respect to the Vehicles including, but not limited to, repossession and auction proceedings. Direct Capital may also assert and exercise its rights and remedies under applicable nonbankruptcy law with respect to the Vehicles. McCormick shall disclose the location of the Vehicles, assist Direct Capital with the repossession in good faith, and voluntarily surrender the Vehicles to Direct Capital or its agent.

3. Nothing in this Consent Order constitutes consent by Direct Capital to the terms of or any treatment under any plan of reorganization for McCormick of Direct Capital's claims

---

[1] Capitalized terms not specifically defined herein shall have the meaning assigned to them in the Motion.

against McCormick, including under the First Financing Agreement, Second Financing Agreement, or any other contract or agreement to which Direct Capital (or its parent entity or any of its affiliates) and McCormick are parties.

4. This Consent Order is without prejudice to Direct Capital's or McCormick's right to request any other additional relief or determination it deems necessary or appropriate.

5. The automatic stay is neither terminated nor modified by this Order with respect to McCormick's other assets not specifically addressed herein.

[END OF DOCUMENT]

Prepared and presented by:
**JONES & WALDEN, LLC**
*/s/ Tyler W. Henderson*
Tyler W. Henderson
Georgia Bar No. 854853
Attorney for Movant
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
thenderson@joneswalden.com

No opposition by:
**BROWN & ADAMS, LLC**
*/s/ Benjamin W. Wallace* (with express permission by Tyler W. Henderson)
Benjamin W. Wallace
Georgia Bar No. 308429
P.O. Box 139
Columbus, Georgia 31902
(706) 593-9332
bwallace@brownadamsllc.com

**Distribution List**:

Tyler W. Henderson, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309

Benjamin W. Wallace, P.O. Box 139, Columbus, Georgia 31902

Robert G. Fenimore, Office of the United States Trustee, 440 Martin Luther King Blvd., Suite 302, Macon, Georgia 31201-7910